IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOLINE BURTON as Adminstratrix
of the ESTATE OF RONNIE G. BURTON                                PLAINTIFF

vs.                                    CASE NO. 5:06CV253GH

FEDERAL INSURANCE COMPANY                                        DEFENDANT

ORDER

Pursuant to the Stipulation of Dismissal, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of January, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-